# United States Court of Appeals
## For the First Circuit

---

No. 07-1074

UNITED STATES OF AMERICA,

Appellant,

v.

MICHAEL K.C. TOM,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this court, issued October 1, 2007, should be amended as follows:

On page 18, line 4: Replace "some minimum term of imprisonment must be served" with "some minimum term of imprisonment is recognized"

On page 18, line 5: Replace "for Zone B sentences," with "for Zone B sentences when imprisonment is ordered,"